IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:

Jorge Luis Mier Escobedo,

    Debtor(s).

Case No. 23-11498 MER

Chapter 13

**ORDER**

THIS MATTER comes before the Court on the Confirmation Status Report filed with the Court on June 5, 2023.  The Court, being advised in the premises, ORDERS that:

1. Confirmation of all previously-filed Chapter 13 Plans is denied.  All pending objections are deemed moot.  Any party desiring to object to a future plan must file a new objection.

2. The previously scheduled confirmation is VACATED.  The Court will conduct a non-evidentiary confirmation hearing by telephone on a trailing docket on **Monday, August 7, 2023,** at **1:30 p.m.**  The phone number and all information regarding telephonic appearances are available on the Court's website at: https://www.cob.uscourts.gov/telephonic-hearings.

3. On or before **July 10, 2023,** the Debtor(s) shall file an amended Chapter 13 plan with a notice in substantial conformity to L.B.F. 3015-1.2 to the Chapter 13 Trustee, previous objectors, parties requesting notice, any adversely affected parties, and other parties as designated in the Confirmation Status Report, along with any required amended schedules to support the amended plan.  The notice shall include information regarding how to participate in the hearing telephonically.  The deadline for objections shall be **July 24, 2023**.  Failing to file the notice, required schedules, and a certificate of service by the above date shall establish cause for dismissal of the within case.

4. If objections are filed to the amended plan, the Debtor(s) shall file a Confirmation Status Report, pursuant to L.B.R. 3015-1(e).  If no objections are received to the amended plan, the Debtor(s) shall file a verification in compliance with L.B.R. 3015-1(d). Either a verification or a confirmation status report must be filed on or before **July 31, 2023**.

Dated June 6, 2023

BY THE COURT:

/s/ Michael E. Romero
United States Bankruptcy Judge